# EXHIBIT 1

# COPY

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

DEC 1 2 2017

By _____
Deputy

Hillary Arrow Booth (SBN 125936)
hbooth@boothllp.com
Ian P. Culver (SBN 245106)
iculver@boothllp.com
BOOTH LLP
1849 Sawtelle Blvd., Suite 500
Los Angeles, CA 90025
Telephone: (310) 641-1800
Facsimile: (310) 641-1818

Attorneys for Plaintiff ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP

**BY FAX**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN BERNARDINO – CIVIL

| | |
|---|---|
| ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP, a Connecticut corporation, | Case No. **CIVDS1724638** |
| Plaintiff, | Assigned to Hon. Judge |
| v. | **COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE SUBROGATION** |
| UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation, | |
| Defendants. | Complaint Filed: Trial Date:        Not Set |

Plaintiff ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP ("Allied Premier" or "Plaintiff") alleges as follows:

### PARTIES

1. At all relevant times herein, Allied Premier was an insurer and corporation authorized to conduct business in the State of California.

2. Plaintiff is informed and believes that Defendant UNITED FINANCIAL CASUALTY COMPANY ("Defendant") was an insurer and corporation authorized to conduct business in the State of California.

///

///

1.

COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE SUBROGATION

## VENUE

3.      Venue is proper in San Bernardino County Superior Court because the underlying action (*Emmett Jones, Jr. and Sherri Bruner-Jones v. Jose Francisco Porras and Horizon Transporters*, Case No. CIVDS1517662) (the "Lawsuit") was brought in such Court and because Defendant's insured at all relevant times resided in San Bernardino County.

## GENERAL ALLEGATIONS

4.      This action seeks declaratory relief regarding Defendant's duty to indemnify the mutual insured in the Lawsuit. Allied Premier also seeks equitable contribution for the mutual insured's indemnity or alternatively equitable indemnity.

5.      On September 1, 2015, Jose Francisco Porras ("Mr. Porras") and Jennifer Jones were involved in an automobile collision in Rialto, California, in which Mr. Porras was driving a 2013 Dodge Ram Truck (the "Truck") (the "Collision"). As a result of the Collision, Ms. Jones passed away.

6.      At the time of the Collision, Porras maintained a policy of automobile insurance issued by Allied Premier, policy number AP2015100189, insuring the Truck with a $1,000,000.00 limit (the "Allied Premier Policy").

7.      Plaintiff is informed and believes that Defendant had issued a policy of insurance to Mr. Porras numbered 02156772, insuring the Truck with a $1,000,000.00 limit (the "Defendant Policy").

8.      Plaintiff is informed and believes that when the Defendant Policy was issued, Defendant knew that Mr. Porras was a motor carrier of property as that term is defined under California law and that, as a condition of doing business under his motor carrier permit (CA# 0433971), Mr. Porras was required to maintain a certain level of insurance coverage, and Defendant was required by law to submit certain forms to the California Department of Motor Vehicles ("DMV"), namely forms DMV65MPC and DMV67MPC.

9.      On information and belief, the term of the Defendant Policy was October 12, 2013, to April 12, 2014.

///

2

COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE SUBROGATION

1        10.    Under California law, an insurance policy submitted to the DMV for purposes of

2    complying with the Motor Carriers of Property Permit Act may not be terminated and shall not

3    expire by its own terms without thirty (30) days' notice from the insurer to the DMV.

4        11.    On information and belief, Defendant attempted to cancel the policy with the

5    DMV in or about May 2015.

6        12.    On information and belief, at least as of January 22, 2016, DMV records showed

7    the Defendant Policy as being in effect.

8        13.    On or about December 3, 2015, the Lawsuit was filed. The Complaint alleged, in

9    part, as follows:

10           At all times herein mentioned, Defendants and each of them, Jose

11           Francisco Porras; Horizon Transporters; and DOES 1-50, were the

12           owners and operators of a 2013 Dodge Truck, (License Number:

13           CA 60752M1), which violently T-boned the driver's side of the

14           vehicle driven by Jennifer Jones (Decedent) as the result of

15           Defendant(s) running a red light at the intersection of Baseline

16           Road and Eucalyptus Avenue in the city of Ontario, in the County

17           of San Bernardino, State of California.

18       14.    Plaintiff retained counsel to defend the Lawsuit. In the course of the litigation,

19   Plaintiff became aware of the Defendant Policy and the matter was tendered to Defendant. In or

20   around July 2016, Defendant denied any obligation to defend or indemnify Mr. Porras.

21       15.    In November 2016, the Lawsuit was settled for $1,000,000.00, paid by Allied

22   Premier under the Allied Premier Policy with no involvement in or cooperation by Defendant.

23                       **FIRST CAUSE OF ACTION**

24                   Declaratory Relief—Duty to Indemnify

25       16.    Allied Premier realleges and reincorporates the allegations of Paragraphs 1 to 15

26   as is set forth in full herein.

27       17.    An actual controversy has now arisen and exists between Allied Premier and

28   Defendant regarding the rights and obligations under the Defendant Policy to indemnify Mr.

3

COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE
SUBROGATION

1   Porras for their legal liability for damages alleged in the Lawsuit.

2         18.     Allied Premier contends that the Defendant Policy remained in effect as of and on

3   the dale of the Collision because as of the date of the Collision the California Department of

4   Motor Vehicles had not been notified that the Defendant Policy had been cancelled.  As a result,

5   Defendant is obligated to provide indemnity for the legal liability of Mr. Porras for the claims

6   asserted in the Lawsuit.

7         19.     Allied Premier is informed and believes that Defendant disputes Allied Premier's

8   contentions.

9         20.     An actual justifiable controversy exists between Allied Premier, on the one hand,

10  and Defendant, on the other hand.  Allied Premier therefore seeks a declaration as to the parties'

11  respective rights and obligations, if any, with respect to the indemnity of Mr. Porras for the

12  claims set forth in and settlement of the claims alleged in the Lawsuit.

### SECOND CAUSE OF ACTION

Equitable Contribution

15         21.     Allied Premier realleges and reincorporates the allegations of Paragraphs 1 to 15

16  as is set forth in full herein.

17         22.     Allied Premier alleges that Defendant is responsible for an equitable portion of

18  the amounts expended by Allied Premier for indemnity for the Settlement.

19         23.     To the extent that Allied Premier was required to and did pay more than its fair

20  proportionate share of any sums toward the settlement of the Lawsuit, it is entitled to recover in

21  equity from Defendant, which paid nothing toward the settlement, an award of monetary

22  compensation that equalizes the burden among all the liability insurance carriers with the mutual

23  obligation to Mr. Porras.

### THIRD CAUSE OF ACTION

Equitable Subrogation

26         24.     Allied Premier realleges and reincorporates the allegations of Paragraphs 1 to 15

27  as is set forth in full herein.

28  ///

4

COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE
SUBROGATION

1    25.    Allied Premier's payment for the settlement was made subject to its express

2    reservation of rights that its policy did not provide coverage for Mr. Porras regarding the claims

3    alleged in the Lawsuit.  As a result, Allied Premier suffered damage in the form of its payment

4    toward the settlement for which it was not legally or contractually responsible.

5    26.    Allied Premier has paid on behalf of Mr. Porras, in whole or in part, for amounts

6    paid toward indemnity of the settlement, for which Defendant is primarily liable and for which

7    Allied Premier did not pay as a volunteer.

8    27.    Allied Premier contends equity requires that the payment made by Allied Premier

9    toward the settlement be shifted entirely from Allied Premier to Defendant, whose equitable

10    position is inferior to that of Allied Premier.

11                            **PRAYER FOR RELIEF**

12            WHEREFORE, Allied Premier prays for judgment as follows:

13    1.    That the Court make and enter its binding judicial declarations in accordance with

14    Allied Premier's contentions;

15    2.    For a declaration on the First Cause of Action as to the rights and duties of the

16    parties with respect to Defendant's indemnity obligations concerning the Lawsuit and the

17    settlement thereof;

18    3.    For monetary damages and the Second and Third Causes of Action in an amount

19    to be determined at trial, including prejudgment interest;

20    4.    For Allied Premier's costs of suit herein; and

21    5.    For such other and further relief as the Court may deem just and proper.

22    DATED: December 12, 2017                    BOOTH LLP

23

24                            By: _Hillary Arrow Booth_____

25                                Hillary Arrow Booth
                                Ian P. Culver

26                                Attorneys for Plaintiff, ALLIED PREMIER
                                INSURANCE A RISK RETENTION

27                                GROUP

28

                                    5
────────────────────────────────────────────────
**COMPLAINT FOR DECLARATORY RELIEF, EQUITABLE CONTRIBUTION, AND EQUITABLE
SUBROGATION**

EXHIBIT 2



**CALIFORNIA
DEPARTMENT OF INSURANCE**

Company Profile
  Company Search
  Company Search
  Results
→ Company
  Information
  Old Company
  Names
  Agent for Service
  Reference
  Information
  NAIC Group List
  Lines of Business
Workers'
Compensation
Complaint and
Request for
Action/Appeals
Contact Information

Financial Statements
PDF's
  Annual Statements
  Quarterly
  Statements

Company Complaint
  Company
  Performance &
  Comparison Data
  Company
  Enforcement Action
  Composite
  Complaints Studies

Additional Info
  Find A Company
  Representative In
  Your Area
  View Financial
  Disclaimer

**COMPANY PROFILE**

**Company Information**

**ALLIED PREMIER INSURANCE A RISK RETENTION GROUP**

**5679 SO. REDWOOD ROAD, #25
SALT LAKE CITY,   UT 84123**

**Old Company Names**                                    **Effective Date**

**Agent For Service**

INSURANCE COMMISSIONER
300 CAPITOL MALL, 17TH FLOOR
SACRAMENTO    CA   95814

**Reference Information**

| | |
|---|---|
| NAIC #: | 15639 |
| California Company ID #: | 5973-3 |
| Date Authorized in California: | |
| License Status: | CEASE & DESIST |
| Company Type: | RISK RETENTION |
| State of Domicile: | CONNECTICUT |

**back to top**

**NAIC Group List**

  NAIC Group #:

**Lines Of Business**

The company is authorized to transact business within these lines of insurance.
For an explanation of any of these terms, please refer to the glossary.
 **back to top**

© 2008 California Department of Insurance

**UFCC EXHIBIT 2
Page 012**

EXHIBIT 3

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, January 9, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

**C3732146    ALLIED PREMIER INSURANCE, A RISK RETENTION GROUP**

| | |
|---|---|
| **Registration Date:** | 12/08/2014 |
| **Jurisdiction:** | CONNECTICUT |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | VAHE TER-ZAKARIAN |
| | 3044 EMERALD ISLE DRIVE |
| | GLENDALE CA 91206 |
| **Entity Address:** | 1130 W OLIVE AVE |
| | BURBANK CA 91506 |
| **Entity Mailing Address:** | 1130 W OLIVE AVE |
| | BURBANK CA 91506 |

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | ↕ | File Date | ↕ | PDF |
|---|---|---|---|---|
| SI-NO CHANGE | | 10/09/2015 | | |
| SI-COMPLETE | | 06/15/2015 | | |
| REGISTRATION | | 12/08/2014 | | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ Modify Search ]   [ New Search ]   [ Back to Search Results ]

**UFCC EXHIBIT 3**
**Page 014**

# EXHIBIT 4

1/10/2018                                          Company Profile

**CALIFORNIA
DEPARTMENT OF INSURANCE**

Company Profile
   Company Search
   Company Search
   Results
→ Company
   Information
   Old Company
   Names
   Agent for Service
   Reference
   Information
   NAIC Group List
   Lines of Business

Workers'
Compensation
Complaint and
Request for
Action/Appeals
Contact Information

Financial Statements
PDF's
   Annual Statements
   Quarterly
   Statements

Company Complaint
   Company
   Performance &
   Comparison Data
   Company
   Enforcement Action
   Composite
   Complaints Studies

Additional Info
   Find A Company
   Representative In
   Your Area
   View Financial
   Disclaimer

**COMPANY PROFILE**

**Company Information**

### UNITED FINANCIAL CASUALTY COMPANY

**6300 WILSON MILLS ROAD
MAYFIELD VILLAGE,   OH 44143-2182
800-274-4499**

| Old Company Names | Effective Date |
|---|---|
| UNITED FINANCIAL CASUALTY CO | 09/13/1993 |

**Agent For Service**

Vivian Imperial
818 WEST SEVENTH STREET
SUITE 930
LOS ANGELES   CA   90017

**Reference Information**

| | |
|---|---|
| NAIC #: | 11770 |
| California Company ID #: | 3620-2 |
| Date Authorized in California: | 03/04/1994 |
| License Status: | UNLIMITED-NORMAL |
| Company Type: | Property & Casualty |
| State of Domicile: | OHIO |

back to top

**NAIC Group List**

NAIC Group #:            0155        PROGRESSIVE GRP

**Lines Of Business**

The company is authorized to transact business within these lines of insurance.
For an explanation of any of these terms, please refer to the glossary.

      AUTOMOBILE

      BURGLARY

      COMMON CARRIER LIABILITY

      FIRE

      LIABILITY

      MARINE

      MISCELLANEOUS

      PLATE GLASS

back to top

© 2008 California Department of Insurance

**UFCC EXHIBIT 4
Page 016**

# EXHIBIT 5

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Tuesday, January 9, 2018. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### C2657634    UNITED FINANCIAL CASUALTY COMPANY

| | |
|---|---|
| **Registration Date:** | 06/22/2004 |
| **Jurisdiction:** | OHIO |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 6300 WILSON MILLS ROAD |
| | MAYFIELD VILLAGE OH 44143 |
| **Entity Mailing Address:** | 6300 WILSON MILLS ROAD |
| | MAYFIELD VILLAGE OH 44143 |

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| SI-NO CHANGE | 04/27/2017 | |
| SI-COMPLETE | 05/09/2016 | |
| REGISTRATION | 06/22/2004 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

**UFCC EXHIBIT 5**
**Page 018**

# EXHIBIT 6

 CT Corporation

**Service of Process Transmittal**
12/15/2017
CT Log Number 532480006

TO: Kristin Charles
Progressive Casualty Insurance Company
10929 Disk Dr.
Rancho Cordova, CA 95670-6077

RE: **Process Served in California**

FOR: United Financial Casualty Company  (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALLIED PREMIER INSURANCE, etc., Pltf. vs. United Financial Casualty Company , etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet, Instructions, Certificate |
| **COURT/AGENCY:** | San Bernardino County - Superior Court - San Bernardino, CA<br>Case # CIVDS1724638 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/15/2017 at 14:45 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Hillary Arrow Booth<br>Booth LLP<br>1849 Sawtelle Blvd.<br>Suite 500<br>Los Angeles, CA 90025<br>310-641-1800 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/16/2017, Expected Purge Date: 12/21/2017 |
| | Image SOP |
| | Email Notification,  Sean W. Allen  sean_w_allen@progressive.com |
| | Email Notification,  Deborah Fisk  deborah_fisk@progressive.com |
| | Email Notification,  Paula Stewart  paula_stewart@progressive.com |
| | Email Notification,  Kristin Charles  kcharle1@progressive.com |
| | Email Notification,  Bonnie Thomas  bonnie_thomas@progressive.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |

Page 1 of  2 / BV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
12/15/2017
CT Log Number 532480006

**TO:**   Kristin Charles
Progressive Casualty Insurance Company
10929 Disk Dr.
Rancho Cordova, CA 95670-6077

**RE:**   **Process Served in California**

**FOR:**   United Financial Casualty Company  (Domestic State: OH)

**TELEPHONE:**                213-337-4615

Page 2 of  2 / BV

Information displayed on this transmittal is for CT
Corporation's record keeping purposes only and is provided to
the recipient for quick reference. This information does not
constitute a legal opinion as to the nature of action, the
amount of damages, the answer date, or any information
contained in the documents themselves. Recipient is
responsible for interpreting said documents and for taking
appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

**COPY** 12/15/17

2,45p

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

UNITED FINANCIAL CASUALTY COMPANY, an Ohio corporation

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

ALLIED PREMIER INSURANCE RISK RETENTION GROUP, a
Connecticut corporartion

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO CIVIL DIVISION

DEC 1 2 2017

By _____
_____ Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* San Bernardino Superior Court | CASE NUMBER:<br>*(Número del Caso):* **CIVDS1724638** |
|---|---|

247 W. 3rd Street
San Bernardino, CA 92415-0210

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Hillary Arrow Booth, BOOTH LLP, 12100 Wilshire Blvd., Ste. 800, L. A., CA 90025; Ph, (310) 641-1800

| DATE:<br>*(Fecha)*   DEC 1 2 2017 | Clerk, by<br>*(Secretario)* _____ | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):* United Financial Casualty Company, an Ohio corporation

under: ☑ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |
|---|---|---|

# COPY

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Hillary Arrow Booth (SBN 125936) Ian P. Culver (SBN 245106) BOOTH LLP 1849 Sawtelle Boulevard, Suite 500 Los Angeles, California 90025 | **F I L E D** SUPERIOR COURT OF CALIFORNIA COUNTY OF SAN BERNARDINO SAN BERNARDINO CIVIL DIVISION |

TELEPHONE NO.: (310) 641-1800        FAX NO.: (310) 641-1818
ATTORNEY FOR *(Name):* Plaintiff, Allied Premier Insurance

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ~~Los Angeles~~
STREET ADDRESS: ~~111 North Hill Street~~ 247 W. Third St
MAILING ADDRESS:
CITY AND ZIP CODE: ~~Los Angeles, 90012~~ San Bernardino, CA 9241~~5~~
BRANCH NAME: ~~Central District~~

DEC 12 2017
By _____ Deputy
Brenda Matsumur

CASE NAME:
Allied Premier Insurance v. United Financial Casualty Company

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter    ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | CIVDS1724638 |
| | | | | JUDGE: |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (38)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☑ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify):* Three
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: December 12, 2017
Hillary Arrow Booth
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

**UFCC EXHIBIT 6**
**Page 023**

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Page 2 of 2

# UFCC EXHIBIT 6
# Page 024

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------------------
------------------------------------------------------------------------
CASE NO: CIVDS1724638

BOOTH LLP
1849 SAWTELLE BLVD.
STE 500
LOS ANGELES CA 90025

NOTICE OF TRIAL SETTING CONFERENCE

IN RE: ALLIED PREMIER INSURANCE-V-UNITED FINANCIAL

THIS CASE HAS BEEN ASSIGNED TO: MICHAEL A SACHS IN DEPARTMENT S28
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 WEST THIRD STREET
SAN BERNARDINO, CA 92415-0210.

HEARING DATE: 06/12/18 at 8:30 in Dept. S28

DATE: 12/12/17 Nancy Eberhardt, Court Executive Officer
By: BRENDA RAYGOZA
------------------------------------------------------------------------
------------------------------------------------------------------------
CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 12/12/17
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 12/12/17 at San Bernardino, CA

BY: BRENDA RAYGOZA

# COPY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

CIVDS1724638

ALLIED PREMIER INSURANCE

CASE NO.: _____

vs.

**CERTIFICATE OF ASSIGNMENT**

UNITED FINANCIAL CASUALTY COMPANY

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

**BY FAX**

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino - Civil District of the Superior Court under Rule 404 of this court for the checked reason:

■ General                          ☐ Collection

| | **Nature of Action** | **Ground** |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☒ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other Coverage | Underlying lawsuit was venued in the district. |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

Underlying lawsuit was venued in the San Bernardino Superior Court.

| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | 247 W. 3rd Street Street |  |
|---|---|---|
| | ADDRESS | |
| San Bernardino | CA | 92415-0210 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on December 12, 2017 at Los Angeles _____, California

_____
Signature of Attorney/Party

## CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014